

**U.S. Department of Justice**

Environment and Natural Resources Division

*Natalie G. Harrison*   *Telephone (202) 305-0461*
*Environmental Enforcement Section*   *Facsimile (202) 616-2427*
*P.O. Box 7611*   *natalie.g.harrison@usdoj.gov*
*Washington, DC  20044-7611*

December 15, 2021

The Honorable Claire C. Cecchi
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, New Jersey 07101

Re: Proposed Order Dismissing Complaint and Motion for Access, *In re Block 587, Lots 3.01 and 3.03, LCP Chemicals Superfund Site*, 2:21-cv-12376

*Via ECF*

Dear Honorable Judge Cecchi,

     In accordance with the Court's Text Order from December 15, 2021, ECF No. 10, enclosed is a proposed order for your signature dismissing the Complaint without prejudice in this matter. Counsel for the United States is available to answer any questions the Court may have regarding this matter.

     Respectfully,

     <u>/s Natalie G. Harrison</u>
     NATALIE G. HARRISON
     Trial Attorney
     U.S. Department of Justice
     Environment & Natural Resources Division
     *Counsel for the United States*