## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN THE MATTER OF:<br><br>BLOCK 587, LOTS 3.01 AND 3.03<br>LCP CHEMICALS, INC.<br>SUPERFUND SITE, LINDEN, NEW<br>JERSEY | Hon. Claire C. Cecchi, U.S.D.J.<br><br>Civil Action No. 21-cv-12376<br><br><br>**[PROPOSED] ORDER** |

THIS MATTER having come before the Court on a complaint and motion for an order in aid of access for remediation of contaminated property, filed by the United States of America (*see* ECF Nos. 1, 6); and the United States having withdrawn, without prejudice, its motion as moot due to the City of Linden having taken title to the property that had no valid owner previously (*see* ECF No. 9); and the Court having considered the record and the submissions of the parties; and for good cause shown;

IT IS on this _____day of _____, 2021, ORDERED as follows:

1.      The United States' motion for an order in aid of access for remediation of contaminated property (ECF No. 6) is administratively terminated without prejudice.

2.      The United States' complaint is dismissed without prejudice.

3.      The Clerk is directed to close this case.


_____
HON. CLAIRE C. CECCHI
United States District Judge

At Newark, New Jersey