# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN THE MATTER OF: | Hon. Claire C. Cecchi, U.S.D.J. |
| BLOCK 587, LOTS 3.01 AND 3.03 LCP CHEMICALS, INC. SUPERFUND SITE, LINDEN, NEW JERSEY | Civil Action No. 21-cv-12376 |
| | **ORDER** |

THIS MATTER having come before the Court on a complaint and motion for an order in aid of access for remediation of contaminated property, filed by the United States of America (*see* ECF Nos. 1, 6); and the United States having withdrawn, without prejudice, its motion as moot due to the City of Linden having taken title to the property that had no valid owner previously (*see* ECF No. 9); and the Court having considered the record and the submissions of the parties; and for good cause shown;

IT IS on this __22nd__ day of __December__, 2021, ORDERED as follows:

1. The United States' motion for an order in aid of access for remediation of contaminated property (ECF No. 6) is administratively terminated without prejudice.

2. The United States' complaint is dismissed without prejudice.

3. The Clerk is directed to close this case.

_____
**HON. CLAIRE C. CECCHI**
**United States District Judge**

At Newark, New Jersey